Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRTUAL SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee.*

---

2013-1250

---

Appeal from the United States District Court for the Southern District of New York in No. 12-CV-1118, Judge Shira Ann Scheindlin.

---

**JUDGMENT**

---

ANTHONY G. SIMON, The Simon Law Firm, P.C., of St. Louis, Missouri, argued for the plaintiff-appellant. With him on the brief were BENJAMIN R. ASKEW, STEPHANIE H. TO, and MICHAEL P. KELLA. Of counsel on the brief was TIMOTHY E. GROCHOCINSKI, Innovalaw, P.C., of Orland Park, Illinois.

LAUREN A. DEGNAN, Fish & Richardson, P.C., of Washington, DC, argued for defendant-appellee. With her on the brief were RUFFIN B. CORDELL and CHERYLYN

E. MIZZO of Washington, DC, and ROBERT COURTNEY, of Minneapolis, Minnesota, and LEAH A. EDELMAN, of New York, New York, Of counsel on the brief was STACY QUAN, Microsoft Corporation, of Redmond, Washington.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MAYER, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 8, 2013   /s/ Daniel E. O'Toole
          Date              Daniel E. O'Toole
                            Clerk of Court